# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JAMES GALLIGAN**,   Civil File No. 11-CV-2142 JAR/DJW

    Plaintiff,

vs.   **NOTICE OF DISMISSAL WITH PREJUDICE**

**JEFFERSON CAPITAL SYSTEMS, LLC**,

    Defendant.

---

    **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: __April 15, 2011__   ___/s/ J. Mark Meinhardt___
J. Mark Meinhardt KS # 20245
4707 College Blvd, Suite 100
Leawood, KS 66211
(913) 451-9797 (Telephone)
(913) 451-6163 (Facsimile)
meinhardtlaw@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**